Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO:  14-34439-SGJ-13 |
| PAUL SAPUTO | |
|     DEBTOR | |

### NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COOPERATE

TO THE HONORABLE STACEY G. C. JERNIGAN, BANKRUPTCY JUDGE:

COMES NOW, Thomas D. Powers , Standing Chapter 13 Trustee, to file this Notice of Withdrawal and would respectfully show the following:

The Trustee had filed a Trustee's Motion to Dismiss for Failure to Cooperate.

The matter was set for hearing and a pre-hearing conference as noted above.  At the pre-hearing conference the Trustee's attorney announced that he wished to withdraw the Trustee's Motion to Dismiss for Failure to Cooperate.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700