IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

PAUL SAPUTO, Debtor                           CASE NO. 14-34439-sgj13

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned counsel is appearing on behalf of the following creditor in this bankruptcy proceeding:

**Independent Bank, successor by merger to Houston Community Bank, N.A.**

Therefore, in accordance with Bankruptcy Rules 9010(b), 2002, and other Bankruptcy and Local Rules as may be applicable, it is requested that the undersigned counsel be served with notice and copies of all pleadings filed in this proceeding.

Respectfully submitted,

Goodwin & Harrison, L.L.P.

*/s/ Josh M. Harrison*
Josh M. Harrison
State Bar No. 09116300
P.O. Box 8278
The Woodlands, Texas 77387-8278
(281) 363-3136
Fax: (281) 363-3215
Email: josh@goodwin-harrison.com

Attorneys for Independent Bank

1

**Certificate of Service**

I hereby certify that on the date that the above and foregoing pleading is filed, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail, to:

Holly B. Guelich, Attorney for Debtor
12880 Hillcrest Road, Suite J233
Dallas, Texas 75230

Thomas Powers, Chapter 13 Trustee
105 Decker Court, Suite 1150
Irving, Texas 75062

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

*/s/ Josh M. Harrison*
Josh M. Harrison