IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

PAUL SAPUTO, Debtor                                    CASE NO. 14-34439-sgj13

**NOTICE OF CHANGE OF ADDRESS FOR PAYMENT**

The address for payments to be made to Independent Bank, Successor by Merger to Houston Community Bank, N.A., **Claim No. 3**, is as follows:

Independent Bank
P.O. Box 3035
McKinney, Texas 75070

Respectfully submitted,

Goodwin & Harrison, L.L.P.

/s/ Josh M. Harrison
Josh M. Harrison
State Bar No. 09116300
P.O. Box 8278
The Woodlands, Texas 77387-8278
(281) 363-3136
Fax: (281) 363-3215

Attorneys for Independent Bank

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date that the above and foregoing pleading is filed, a true and correct copy of the above and foregoing pleading shall be served via electronic means, if available, otherwise by regular, first class mail, to:

Holly B. Guelich, Attorney for Debtor
12880 Hillcrest Road, Suite J233
Dallas, Texas 75230

Thomas Powers, Chapter 13 Trustee
105 Decker Court, Suite 1150
Irving, Texas 75062

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

*/s/ Josh M. Harrison*
Josh M. Harrison