Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                      CASE NO:  14-34439-SGJ-13
PAUL SAPUTO
        DEBTOR

### Trustee's Certificate of Chapter 13 Plan Payment Completion

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE;

    Comes now, Thomas D. Powers, Standing Chapter 13 Trustee, and would show unto the Court that the above referenced Debtor has completed all payments <u>payable to the Trustee</u>.

                                               Respectfully submitted,

                                               THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                               By: /s/ Thomas D. Powers
                                               Thomas D. Powers
                                               State Bar No. 16218700
                                               105 Decker Ct
                                               Suite 1150 11Th Floor
                                               Irving, TX  75062
                                               (214) 855-9200

**Trustee's Certificate of Chapter 13 Plan Payment Completion**
**Page 2**
**Case # 14-34439-SGJ-13**
**PAUL SAPUTO**

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Trustee's Certificate of Chapter 13 Plan Payment Completion has been served on the Debtor and Debtor's Counsel and on the other parties listed below by United States First Class Mail or by electronic service.

| | |
|---|---|
| Debtor: | PAUL SAPUTO, 5331 E MOCKINGBIRD LANE #240, DALLAS, TX  75206 |
| Attorney: | HOLLY B GUELICH, 12880 HILLCREST RD SUITE J233, DALLAS, TX  75230** |
| Notice Creditor(s): | GOODWIN AND HARRISON LLP, PO BOX 8278, THE WOODLANDS, TX  77387-8278** |
| | OFFERMAN AND KING LLP, 6420 WELLINGTON PLACE, BEAUMONT, TX  77706** |
| | TENNESSEE STUDENT ASSISTANCE CORPORATION, CO OFFICE OF TENNESSEE ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN  37202-0207** |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  9/25/2019

By: /s/ Thomas D. Powers
Thomas D. Powers