IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:  PAUL SAPUTO                                    Case # 14-34439-SGJ-13

**Debtor's Certification and Motion for Entry of Discharge
Pursuant to U.S.C. Section 1328(a)**

The Debtor moves for entry of discharge under 11 U.S.C. Section 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct.

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under Section 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under Chapter 7, 11 or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed Under Chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

    F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

    G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities laws, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under section 1964 of title 18; or (d) criminal act, intentional tort, or willful reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan.

Signed: _____                    _____
        Debtor                                     Attorney for Debtor

Debtor's Certification and Motion for Entry of Chapter 13 Discharge
Page 2
Case # 14-34439-SGJ-13

## NOTICE

A HEARING MAY NOT BE CONDUCTED UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES COURT, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496, BEFORE CLOSE OF BUSINESS TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3) ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF ANY ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (6) ALL PARTIES REQUESTING NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2002-1(J); (7) THE RESPONDING PARTIES; AND ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

Debtor's Certification and Motion for Entry of Chapter 13 Discharge
Page 3
Case # 14-34439-SGJ-13

## Certificate of Service

I hereby certify that a copy of the foregoing "Debtor's Certification and Motion for Entry of Chapter 13 Discharg Pursuant to 11 U.S.C. Section 1328(a)" has been served by electronic notice and/or United States First Class

| | |
|---|---|
| Debtor: | Paul Saputo, 5331 E Mockingbird Lane #240, Dallas, Tx 75206 |
| Attorney: | Holly B Guelich, 12880 Hillcrest Rd Suite J233, Dallas, Tx 75230 |
| Creditor(s): | American Express Bank Fsb, Co Becket And Lee Llp, Po Box 3001, Malvern, Pa 19355-0701 |
| | American Express Centurion, Becket And Lee Llp, Po Box 3001, Malvern, Pa 19355-0701 |
| | Andrea Pillaro, 815 Pasadena, Metairie, La 70001 |
| | Barclays Bank, Po Box 8803, Wilmington, De 19899 |
| | Blonde Design Studio, 214 Wynne, Houma, La 70360 |
| | Bourgeois Bennett Llc, Po Box 60600, New Orleans, La 70160 |
| | Capital Services Inc, Po Box 1831, Austin, Tx 78767 |
| | Cashcall Inc, Weinstein Riley Et Al, 2001 Western Ave Ste 400, Seattle, Wa 98121 |
| | Cashcall Inc, Weinstein Riley Et Al, Po Box 3978, Seattle, Wa 98124 |
| | Cerastes Llc, Weinstein Riley Et Al, 2001 Western Ave Ste 400, Seattle, Wa 98121 |
| | Cerastes Llc, Weinstein Riley Et Al, Po Box 3978, Seattle, Wa 98124-3978 |
| | Charlotte Kee Paramell Llc, 1515 Webster St Apt B, New Orleans, La 70118 |
| | Discover Bank, Discover Products Inc, Po Box 3025, New Albany, Oh 43054 |
| | Duke University, 2127 Campus Drive Po Box 90755, Durham, Nc 27708 |
| | Ecmc, Lock Box No 8682, Po Box 16478, St Paul, Mn 55116-0478 |
| | Ecmc, Po Box 16408, St Paul, Mn 55116 |
| | Facebook, Attn Legal Dept, 1601 Willow Ave, Menlo Park, Ca 94025 |
| | Federal Express, 942 South Shady Grove, Memphis, Tn 38120 |
| | Geico, 4201 Spring Valley Rd, Dallas, Tx 75244-3964 |
| | Goodwin And Harrison Llp, Po Box 8278, The Woodlands, Tx 77387-8278 |
| | Google, Po Box 288, Tonawanda, Ny 14151 |
| | Hadley Berstein, 4922 Baronne St, New Orleans, La 70115 |
| | Independent Bank Of Texas, Po Box 3035, Mckinney, Tx 75070 |
| | Independent Bank, 1600 Redbud Blvd, Suite 300, Mckinney, Tx |
| | Internal Revenue Service, Po Box 7317, Philadelphia, Pa 19101-7317 |
| | Internal Revenue Service, Po Box 7346, Philadelphia, Pa 19101-7346 |
| | Jeffrey Preis, 21 Farnham Place, Metairie, La 70005 |
| | Jill, Kemp Lewis, 3005 Northridge Drive, Farmington, Nm 87401 |
| | Julie Saputo, 6755 Milne Blvd, New Orleans, La 70124 |
| | Lending Club Corporation, 71 Stevenson Ste 300, San Francisco, Ca 94105 |
| | Lending Club Corporation, Dept 34268, Po Box 39000, San Francisco, Ca 94139 |
| | Loveriche, 1015 S Crocker St R22, Los Angeles, Ca 90021 |
| | Lvnv Funding Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc 29603 |
| | Megan Juneau, 9368 Prince Charles, Denham Springs, La 70726 |
| | Merrill, 771 Thora Blvd, Shreveport, La 71106 |
| | Offerman And King Llp, 6420 Wellington Place, Beaumont, Tx 77706 |
| | Office Of The Attorney General, Main Justice Building Room 5111, 10Th & Constitution Ave Nw, Washington, Dc 20530 |
| | Paychex, 401 Whitney Ave, Gretna, La 70056 |
| | Powerpay Llc, 320 Cumberland Ave, Portland, Me 04101 |
| | Prosper Marketplace Inc, 221 Main St Ste 300, San Francisco, Ca 94105 |
| | Reed Lyon, Ca5 705 08 01, 1336 Mason St, San Francisco, Ca 94133 |
| | Rise Credit Of Delaware, 42 Reads Way Suite A, New Castle, De 19720 |

Debtor's Certification and Motion for Entry of Chapter 13 Discharge
Page 4
Case # 14-34439-SGJ-13

### Certificate of Service (Cont'd)

Sallie Mae Servicing, Po Box 9500, Wilkes Barre, Pa 18773-9500
Sher Garner Cahill Richter Klein, 909 Poydras St Suite 2800, New Orleans, La 70112
Showroom, The California Market Center, 110 E 9Th St Ste B573, Los Angeles, Ca 90079
Springleaf Financial Services Of Louisiana, Springleaf Financial, Po Box 3251, Evansville, In 47731-3251
State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx 78711
State Of Delaware, Po Box 5509, Binghampton, Ny 13902
Tennessee Student Assistance Corporation, Co Office Of Tennessee Attorney General, Po Box 20207, Nashville, Tn 37202-0207
United States Department Of Education, Po Box 790321, St Louis, Mo 63197
Us Attorney, 1100 Commerce St 3Rd Fl, Dallas, Tx 75242-1699
Us Department Of Education, Claims Filing Unit, Po Box 8973, Madison, Wi 53708-8973
Us Department Of Education, Po Box 7860, Madison, Wi 53707-7860
Vinson & Elkins Llp, 1001 Fannin Suite 2500, Houston, Tx 77002
Ymi Jeanswear, 1155 S Boyle Ave, Los Angeles, Ca 90023

Dated: 9/30/19

_____
HOLLY B GUELICH

Certificate Number: 17082-TXN-DE-025025947

Bankruptcy Case Number: 14-34439



17082-TXN-DE-025025947

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2015, at 9:36 o'clock PM MST, PAUL SAPUTO Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: February 16, 2015         By: /s/Orsolya K Lazar

                                Name: Orsolya K Lazar

                                Title: Executive Director